IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

16-4778

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Appellee, | * |
| v. | * |
| | * |
| KELVIN MELTON, | * |
| | * |
| Appellant. | * |

**MOTION FOR PERMISSION TO FILE AN OVERSIZED
JOINT APPENDIX**

COMES NOW the Appellant, Kelvin Melton, by and through counsel, and respectfully moves this Honorable Court for permission to file an oversized joint appendix. Specifically, Appellant respectfully requests that he be allowed to file a joint appendix comprised of 1,379 pages. In support of his motion, the Appellant states as follows.

1. The bulk of the joint appendix is made up of the full testimony of twelve trial witnesses and excerpts of the testimony of four witnesses. Based upon communications with the government and the nature of issues raised by the

Appellant regarding the testimony of these witnesses, undersigned counsel believes that including the transcripts of this testimony is necessary. Additionally, the Appellant believes that it is necessary to include the transcripts from the pretrial hearings on the issues raised in the Appellant's brief.

12. Undersigned counsel for the Appellant has spoken with counsel for the Appellee, Assistant United States Attorney Phillip Rubin, who does not oppose this request to file a joint appendix comprised of 1,379 pages.

WHEREFORE, for the foregoing reasons, the Appellant requests that this Honorable Court grant him permission to file an oversized joint appendix.

RESPECTFULLY SUBMITTED, this 28th day of April 2017.

/s/ Laura E. Beaver
LAURA E. BEAVER
The Beaver Law Firm
*Attorney for Appellant*
P.O. Box 1857
Raleigh, North Carolina 27602
Telephone: 919-578-8851
Fax: 919-882-9648
Email: laura@thebeaverlawfirm.com
N.C. State Bar No. 38021

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF upon:

Mr. Phillip Rubin
Special Assistant United States Attorney
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461

Respectfully submitted, this the 28th day of April, 2017.

                                /s/ Laura E. Beaver
                                LAURA E. BEAVER
                                The Beaver Law Firm
                                *Attorney for Appellant*
                                P.O. Box 1857
                                Raleigh, North Carolina 27602
                                Telephone: 919-578-8851
                                Fax: 919-882-9648
                                Email: laura@thebeaverlawfirm.com
                                N.C. State Bar No. 38021